| | |
|---|---|
| | Index #: 13 CV 8366 |
| **AFFIDAVIT OF SERVICE** | Date Purchased: November 22, 2013 |
| UNITED STATES DISTRICT COURT | Date Filed: |
| SOUTHERN DISTRICT OF NEW YORK | Court Date: |

ATTORNEY(S): FINK & KATZ, PLLC Jonathan A. Fink, Esq.      File No.:
ADDRESS: 40 EXCHANGE PL #2010 New York, N.Y. 10005  PH:212-385-1373 |

**ROBERTO DEJESUS,**

*Plaintiff*

vs

**CITY OF NEW YORK, et al.,**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

YOLER JEAN-BAPTISTE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On January 13, 2014 at 12:08 PM at 100 CHURCH STREET, NEW YORK, NY 10007, deponent served the within **Summons in a Civil Action, Civil Cover Sheet, Complaint and Jury Demand**

with Index Number 13 CV 8366, and Date Purchased November 22, 2013 endorsed thereon,
on: **THE CITY OF NEW YORK c/o CORPORATION COUNSEL**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering to and leaving with **Betty Mazyck - Authorized Legal Agent** - and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

Attempts

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female   Color of skin Black   Color of hair Black   Age 51-55   Height 5ft4in-5ft8in
Weight 161-200 lbs   Other Features: Glasses

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 14th day of January, 2014

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2016

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2016



YOLER JEAN-BAPTISTE
Server's Lic #1139306
Work Order # 1071631